ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard
Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 11 2002

at 1 o'clock and 56 min. P M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-00801 KSC |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT; AFFIDAVIT IN SUPPORT |
| | ) | |
| vs. | ) | |
| | ) | |
| IAN C. ENITAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

That on or about September 16, 2002, defendant IAN C. ENITAN did, in the District of Hawaii, at the Radford Terrace Naval Housing Area, a place within the special maritime and territorial jurisdiction of the United States, threaten in a

common scheme, by word or conduct, to cause bodily injury to Julie-Ann Enitan and Ronald Yamamoto, in reckless disregard of the risk of terrorizing said Julie-Ann Enitan and Ronald Yamamoto, all in violation of Hawaii Revised Statute, Section 707-715 and Section 707-716, and Title 18, United States Code, Section 13.

    I further state that I am a Special Agent with the Naval Criminal Investigative Service and that this complaint is based upon the following affidavit, which is attached hereto and made part of this complaint by this reference.

    DATED: October 11, 2002, at Honolulu, Hawaii.

    FURTHER AFFIANT SAYETH NAUGHT.

                              *[signature]*
                              DEBORAH A. ROCCO, Special Agent
                              Naval Criminal Investigative Service

Sworn and Subscribed before me,
this 11th day of October, 2002:

*[signature]*
UNITED STATES MAGISTRATE JUDGE

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, DEBORAH A. ROCCO, after being duly sworn, deposes and states as follows:

1. I am a Special Agent with the Naval Criminal Investigative Service.

2. On September 16, 2002, Mrs. Julie-Ann Enitan and IAN C. ENITAN were arguing in their housing unit, located in the Radford Terrace Naval Housing Area, 757 Peltier Avenue, Honolulu, Hawaii, a place within the special maritime and territorial jurisdiction of the United States and the District of Hawaii.

3. During the argument IAN C. ENITAN stated to Mrs. Enitan, "you better not take my daughter away or else I'm gonna kill you and your father," and "I'll stab you." Mrs. Enitan's father is Mr. Ronald Yamamoto.

4. Mrs. Enitan then grabbed their child and went to a neighbor's home to call Navy Security, as she feared for her safety.

_____
DEBORAH A. ROCCO, Special Agent
Naval Criminal Investigative Service


This Criminal Complaint and Agent's Affidavit in support thereof were presented to and approved by the undersigned judicial officer at 1:50 p.m. on October 11, 2002.


Sworn and Subscribed before me,
this 11th day of October, 2002:


_____
UNITED STATES MAGISTRATE JUDGE