AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

IAN C. ENITAN

## WARRANT FOR ARREST

CASE NUMBER: MAG. NO. 02-00801 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _IAN C. ENITAN_
                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
TERRORISTIC THREATENING WITHIN THE SPECIAL MARITIME AND TERRITORIAL JURISDICTION OF THE UNITED STATES

in violation of
Title _18_ United States Code, Section(s) _13 and H.R.S. § 707-716_

Kevin SC Chang
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Honolulu, Hawaii   Oct. 11, 2002
Date and Location

Bail fixed at $ _to be determined_ by _____
                                      Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.