ORIGINAL

EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney

JUSTIN B. CLANCY
Special Assistant U.S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii 96850
Telephone: 440-9248
Facsimile: 541-2958
E-mail: Justin.Clancy@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB [ ] 2003

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | MAG. NO. 02-00801 KSC |
|---|---|---|
| Plaintiff, | ) | UNITED STATES' MOTION TO |
| | ) | DETAIN DEFENDANT WITHOUT BAIL |
| vs. | ) | |
| IAN C. ENITAN, | ) | |
| Defendant. | ) | |

MOTION TO DETAIN DEFENDANT WITHOUT BAIL

The United States hereby moves to detain Defendant without bail, pursuant to 18 U.S.C. Section 3142.

    1.   **Eligibility Of Case**.  This Defendant is eligible for detention because the case involves (check all that apply):

        ____ a.   Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

1

     \_\_\_\_ b.    Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

     \_\_\_\_ c.    Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

     \_\_\_\_ d.    A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

     **X** e.    Crime of violence (3142(f)(1)(A))

     \_\_\_\_ f.    Maximum sentence life imprisonment or death (3142(f)(1)(B))

     \_\_\_\_ g.    10+ year drug offense (3142(f)(1)(C))

     \_\_\_\_ h.    Felony, with two prior convictions in above categories (3142(f)(1)(D))

     \_\_\_\_ i.    Serious risk Defendant will flee (3142(f)(2)(A))

     **X** j.    Danger to other person or community **

     \_\_\_\_ k.    Serious risk obstruction of justice (3142(f)(2)(B))

     **X** l.    Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

2. **Reason For Detention.** The Court should detain Defendant (check all that apply):

     **X** a.    Because there is no condition or combination of conditions of release which will reasonably assure Defendant's appearance as required (3142(e))

      __X__ b.    Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

      ____ c.    Pending notification of appropriate Court or official (not more than 10 working days (3142(d))

3. **Rebuttable Presumption.** The United States will invoke the rebuttable presumption against Defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

      ____ a.    Probable cause to believe Defendant committed 10+ year drug offense

      ____ b.    Probable cause to believe Defendant committed an offense under 18 U.S.C. § 924(c)

      ____ c.    Previous conviction for eligible offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests that the Court conduct the Detention Hearing:

      ____ a.    At first appearance

      __X__ b.    After continuance of 3 days (not more than 3)

5. **Rule 40 Cases.** The United States requests that the Detention Hearing be held:

      ____ a.    In the District of Hawaii

      ____ b.    In the District where charges were filed

6. **Other Matters.** None

DATED: February 10, 2003, at Honolulu, Hawaii.

                EDWARD H. KUBO, JR.
                United States Attorney
                District of Hawaii

By: _____
     JUSTIN B. CLANCY
     Special Assistant U.S. Attorney

UNITED STATES v. IAN C. ENITAN
MAG. NO. 02-00801 KSC
UNITED STATES' MOTION TO DETAIN DEFENDANT WITHOUT BAIL