# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

02/10/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA 02-0801KSC |
| CASE NAME: | United States of America Vs. Ian C. Enitan |
| ATTYS FOR PLA: | Loretta Sheehan for Justin Clancy |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | c-5 Tape No. 992 |
| DATE: | 02/10/2003 | TIME: | 3:20pm-3:25pm |

COURT ACTION:  EP: Initial Appearance and Motion to Detain Defendant-Defendant present in Custody.  Defendant Sworn to the Financial Affidavit.  Request for Court Appointed Atty-Granted.  Shanlyn Park Appointed as Defendant's Attorney.

Detention Hearing-February 13, 2002 @10:30 a.m. before Judge Chang.

Preliminary Hearing-February 25, 2003 @3:00 p.m. before Judge Chang.

Defendant Remanded to the Custody of the U.S. Marshal's

Submitted by Leslie L. Sai-Courtroom Manager

G:\docs\leslie\Ian C. Enitan,ls.wpd