mag 02-801 ✓

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. vs. Ian Enitan
FOR: District of Hawaii
AT: Honolulu

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
FEB 10 2003
at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

**LOCATION NUMBER:**

**PERSON REPRESENTED** (Show your full name): Ian Enitan

1. ☑ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate: Mag 02-801 KSC
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box) ☑ Felony ☐ Misdemeanor
Terroristic Threatening

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Am Self Employed
- Name and address of employer: Armstrong Builders
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ 8.00 per hr  N/A
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: $ _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS:
  - ☐ SINGLE
  - ☐ MARRIED
  - ☐ WIDOWED
  - ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: Katelyn – 1 yr

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS ETC.)

| APARTMENT OR HOME / Creditors | Total Debt | Monthly Payt |
|---|---|---|
| Child Support | $ | $ 50 |
| Court Fines | $ 300 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2/10/03

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ 

5