# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2-14-03  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | MA 02-0801KSC |
| CASE NAME: | USA vs Ian C. Enitan |
| ATTYS FOR PLA: | Wes Porter for Justin Clancy |
| ATTYS FOR DEFT: | William Domingo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | tape C5 993 |
| DATE: | 2-14-03 | TIME: | 10:40 to 10:50 |

COURT ACTION: EP: Detention Hearing - defendant Ian Enitan present.

Bail: $10,000 unsecured bond.

(7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2) Do not apply for/obtain a passport.

(7h3) Travel is restricted to: the island of Oahu..

(7m2) Contact is prohibited directly, indirectly, or through third parties with: Julie nee Yamamoto Enitan..

(7q) Placement at MILLER HALE. You are restricted to the facility at all times except as pre-approved by Pretrial Services. You are required to abide by all established rules of the facility.

(7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.



(7t)   Do not consume any alcoholic beverages or products containing alcohol while on bond.

(7u)   Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  Submit to drug detection testing as approved by Pretrial Services.

(7w1)  Submit to alcohol detection testing as approved by Pretrial Services.

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

Other Conditions:   Release is delayed until bed space becomes available at Miller Hale.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

- You shall not commit any offense in violation of federal, state, or local law while on release in this case

- You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Submitted by Sadie O. Mukawa, Courtroom Manager